# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>   Plaintiff,<br><br>  v.<br><br>B.D. PHILLIPS, et al.,<br><br>   Defendants. | No. 1:23-cv-1713 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF FILING FEE WITHIN 21 DAYS<br><br>(Docs. 2, 8, and 11) |

  Marvin Harris seeks to proceed *in forma pauperis* in this action, in which he seeks to hold the defendants liable for violations of his civil rights. The magistrate judge found Plaintiff is subject to the three-strikes bar of 28 U.S.C. § 1915(g), after identifying the more than a dozen cases that were dismissed for failure to state a claim or as frivolous, prior to the filing of this action. (Doc. 8 at 2.) The magistrate judge also found Plaintiff fails to allege facts supporting a conclusion he is in imminent danger of serious physical injury, such that an exception to Section 1915 applies. (*Id*. at 3–4.) Therefore, the magistrate judge recommended Plaintiff's motion to proceed *in forma pauperis* be denied and that Plaintiff be ordered to pay the filing fee. (*Id*. at 4.)

  The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 8 at 3.) Plaintiff did not file objections addressing the Findings and Recommendations, but he filed a new motion to proceed *in forma pauperis* including his relevant financial information on December 26, 2023. (Doc. 11.)

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Plaintiff is subject to the three-strikes bar and fails to show an exception to 28 U.S.C. § 1915(g) applies, given his claims related to property removal and due process during disciplinary proceedings. Accordingly, the second motion to proceed *in forma pauperis* is also denied. Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued December 14, 2023 (Doc. 8) are **ADOPTED** in full.
2. Plaintiff's applications to proceed *in forma pauperis* (Docs. 2, 11) are **DENIED.**
3. Plaintiff **SHALL** pay the $405 filing fee in full for this action within 21 days of the date of service of this order.
4. **Plaintiff's is advised the failure to comply with this order will result in dismissal of this action without further notice.**

IT IS SO ORDERED.

Dated:   **January 11, 2024**

UNITED STATES DISTRICT JUDGE

2