# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B.D. PHILLIPS, et al.,<br><br>　　　　Defendants. | No. 1:23-cv-1713 JLT SAB (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 12) |

On January 11, 2024, the Court ordered Plaintiff to pay the filing fee in full within 21 days. (Doc. 12.) Despite the Court's warning that failure to pay as ordered would result in dismissal of the action (*id.* at 2), Plaintiff failed to pay the filing fee. Without such payment, the action cannot proceed before the Court at this time. Thus, the Court **ORDERS**:

　　1.　　The action is **DISMISSED** without prejudice for failure to pay the filing fee.

　　2.　　The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　Dated:　**February 14, 2024**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE